Eastern District of Kentucky
FILED

JUN 1 5 2023

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

CRIMINAL ACTION NO. 6:23.CR.63. KKC.mas

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

V.              **ORDER FOR ISSUANCE OF ARREST WARRANT**

**JARRETT HOWARD**                                                  **DEFENDANT**

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of an arrest

warrant is GRANTED, and an arrest warrant is ISSUED for the Defendant, **JARRETT**

**HOWARD**.

On this ___15___ day of _____June_____ 2023.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:      United States Marshal
United States Probation
Emily K. Greenfield, Assistant United States Attorney