UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JARRETT HOWARD,<br><br>    Defendant. | CRIMINAL NO. 5:23-CR-63-KKC<br><br>**OPINION AND ORDER** |

\*\*\* \*\*\* \*\*\*

This case is before the Court on Defendant Jarrett Howard's motions for leave to proceed in forma pauperis on appeal and to appoint counsel. (DE 99.) For the following reasons, the Court must deny the defendant's motions.

First, the defendant asks for leave to proceed in forma pauperis on appeal. The Federal Rules of Appellate Procedure state that a defendant, in filing a motion to proceed in forma pauperis, "must attach an affidavit that: (A) shows in detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1). While the Court acknowledges that counsel stated his intent to supplement this motion when the defendant returned the completed Form 4, it has been over three weeks from the initial filing of this motion and the Court has yet to receive such a supplement. Rule 24 further suggests that the required affidavit should be attached with the motion. As a result, the Court must deny the motion for failing to comply with the federal appellate rules.

Next, the defendant asks the Court appoint counsel. He does not provide any details or specificity about the need for counsel beyond that plain request. Notably, the defendant is currently represented by retained counsel, not appointed counsel. It is unclear whether defendant's counsel wants to be appointed

as counsel under the Criminal Justice Act or to withdraw and have the defendant appointed new counsel for his appeal. Nevertheless, the Sixth Circuit's local rules state that "[t]rial counsel in criminal cases must continue representation of the defendant on appeal unless relieved by the [appeals] court." 6 Cir. R. 12(c)(1). Given the defendant's current representation and the motion's lack of detail, the Court can find no reason to appoint counsel and must therefore deny the motion.

Accordingly, the Court hereby ORDERS that the defendant's motions for leave to proceed in forma pauperis and to appoint counsel (DE 99) are DENIED.

This 8th day of October, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY