UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, <br>     Plaintiff, <br><br> v. <br><br> JARRETT HOWARD, <br>     Defendant. | CRIMINAL NO. 5:23-CR-63-KKC <br><br> **OPINION AND ORDER** |

\*\*\* \*\*\* \*\*\*

This case is before the Court on Defendant Jarrett Howard's renewed motions for leave to proceed in forma pauperis on appeal and to appoint counsel. (DE 104.) For the following reasons, the Court will grant the motion to proceed in forma pauperis and deny the motion to appoint counsel.

First, the defendant asks for leave to proceed in forma pauperis on appeal. The Federal Rules of Appellate Procedure state that a defendant, in filing a motion to proceed in forma pauperis, "must attach an affidavit that: (A) shows in detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1). The exhibit attached to the defendant's motion (DE 104-2) is sufficient to comply with the federal rules.

Next, the defendant asks the Court appoint counsel. Despite the guidance found in the Court's previous opinion, the defendant once again provides no detail on the relief sought or why appointment of counsel is appropriate in this matter. Given the defendant's current representation and the motion's lack of specificity, the Court has no reason to appoint counsel and will deny the motion.

Accordingly, the Court hereby ORDERS that the defendant's motion for leave to proceed in forma pauperis (DE 104) is GRANTED and the request to appoint counsel is DENIED.

This 28th day of October, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY