**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff/Respondent,**<br><br>**V.**<br><br>**JARRETT HOWARD,**<br>**Defendant/Petitioner.** | **CRIMINAL NO. 5:23-63-KKC-EBA-1**<br><br><br><br>**<u>ORDER</u>** |

***** *** *****

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge Edward B. Atkins. (R. 131.) Magistrate Judge Atkins conducted an initial review of Petitioner Jarrett Howard's motion (R. 125) to vacate his sentence under 28 U.S.C. § 2255.

Howard presents four grounds in his § 2255 motion: two relating to the Sixth Amendment's Confrontation Clause, one regarding the obstruction enhancement at sentencing, and one relating to statements provided by a confidential informant. (*See generally,* R. 131.) Magistrate Judge Atkins determined that only the argument surrounding the obstruction enhancement was raised on direct appeal, making the other three arguments procedurally defaulted. (*Id.* at 4.) Notwithstanding the default, Magistrate Judge Atkins also determined that all Howard's claims would fail on the merits. (*Id.*) Accordingly, he recommends that Howard's petition be denied. (*Id.* at 12.)

The recommended disposition instructed Howard to file specific written objections within fourteen (14) days after being served with the decision, or else waive his right to further review. (*Id.* at 12–13.) Howard has not objected and the time to do so has now passed.

Where, as here, neither party objects to a magistrate judge's findings, "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Having reviewed the record and the magistrate judge's Report and Recommendation, the Court agrees with the magistrate judge's analysis and conclusions. Accordingly, the Court hereby ORDERS the following:

(1) The magistrate judge's Report and Recommendation (R. 131) is ADOPTED as the opinion of the Court;

(2) Petitioner's motion to vacate under 28 U.S.C. § 2255 (R. 125) is DISMISSED WITH PREJUDICE;

(3) A certificate of appealability SHALL NOT issue, Petitioner having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

(4) A Judgment will be entered contemporaneously with this Order.

This 17th day of August, 2026.

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF KENTUCKY

**Signed By:**
***Karen K. Caldwell*** KKC
**United States District Judge**